IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORNEISHA FOSTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C & J TECH ALABAMA, INC., ) <br> ) <br> Defendant. ) | CASE NO. 3:19-CV-343-WKW |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 28), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action against C & J Tech Alabama, Inc., has been dismissed by operation of Rule 41, on the terms agreed to by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 22nd day of May, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE